IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILLIAM REID, et al. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:05-CV-401-DF |
| § | |
| GENERAL MOTORS CORPORATION, § | |
| et al., § | |
| § | |
| Defendants. | |

**O R D E R**

The Court held a scheduling conference on December 18, 2006.  The Court sets the following dates in this case:

The Claim Construction Hearing is hereby **SET** for **May 24, 2007 at 10:00 A.M. in TEXARKANA**, and each side shall have two hours.  A tutorial is set for **May 23, 2007 at 2:00 P.M. in TEXARKANA** and each side shall have one hour.

The Final Pre-trial Conference as to defendant Schwab is hereby **SET** for **October 1, 2007 at 10:00 A.M.**  Jury Selection is set for **October 2, 2007 at 10:00 A.M.**  Each side in Plaintiffs' case against Schwab shall have 75 hours for all depositions.

The Final Pre-trial Conference as to defendants General Motors, Halliburton, and Microsoft is hereby **SET** for **March 3, 2008 at 10:00 A.M.**  Jury Selection is set for **March 4, 2008 at 10:00 A.M.**  Each side in Plaintiffs' case against General Motors, Halliburton, and Microsoft shall have 125 hours for all depositions.

Each deposition of a fact witness or an expert witness shall be limited to eight (8) hours. Each deposition of an inventor or a 30(b)(6) witness shall be limited to ten (10) hours.

The Court will refuse to entertain any motion pertaining to discovery filed after the date of this Order unless the movant advises the Court within the body of the motion that counsel for the parties have first met and conferred **in person, with local counsel present,** in a good faith effort to resolve the matter.  This is only required for parties involved in the dispute.

It is further **ORDERED** that the parties shall submit revised proposed scheduling orders as to each case in light of the Court providing dates for claim construction and for trial.

**IT IS SO ORDERED**.

**SIGNED this 16th day of January, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE