IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILLIAM REID and NET P&L, INC., § § | | |
| Plaintiffs, § § | | |
| v. § | CIVIL ACTION NO. 2:07-CV-19-DF | |
| § § | | |
| GENERAL MOTORS CORP., et al., § § | | |
| Defendants. § § § | | |
| WILLIAM REID and NET P&L, INC., § § | | |
| Plaintiffs, § § | | |
| v. § § | CIVIL ACTION NO. 2:05-cv-401-DF | |
| CHARLES SCHWAB CORPORATION, § § | | |
| Defendant. § | | |

## JUDGMENT OF DISMISSAL

In accordance with the Court's Order, filed concurrently herewith, granting Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, it is **ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**.  Any pending motions not expressly granted are hereby **DENIED**.

SIGNED this 22nd day of May, 2007.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE